UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                 Case No.  07-cr-51-01-SM

Toan K. Nguyen

## O R D E R

Defendant Nguyen's motion to continue the final pretrial conference and trial is granted (document 10).  Trial has been rescheduled for the September 2007 trial period.  Defendant Nguyen shall file a waiver of speedy trial rights not later than July 9, 2007.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August 27, 2007 at 11:00 a.m.

**Jury Selection**:  September 5,  2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

June  26,  2007

cc:   Richard Monteith, Esq.
      Jennifer Davis,  AUSA
      US Probation
      US Marshal