UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  07-cr-51-01-SM

<u>Toan K. Nguyen</u>

## O R D E R

Defendant Nguyen's motion to continue the final pretrial conference and trial is granted (document 21). Trial has been rescheduled for the March 2008 trial period. Defendant Nguyen shall file a waiver of speedy trial rights not later than January 3, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 22, 2008  at 3:00 p.m.

**Jury Selection**:  March 4, 2008  at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

December 21, 2007

cc: Richard Monteith, Esq.
    Jennifer Davis, AUSA
    US Probation
    US Marshal